```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

JUAN CARLOS FERRERA,

                      Defendant.
------------------------------------------------------------- X

10-CR-892(VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS an evidentiary hearing is currently for September 2, 2020; and

    WHEREAS the Government has requested an adjournment with the consent of Mr. Ferrera;

    IT IS HEREBY ORDERED THAT the hearing is adjourned to **September 8, 2020, at 10:00 A.M.**; all parties and their witnesses must appear for the hearing in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Any interested members of the public may listen to the proceeding remotely by dialing 1-888-363-4749, using the access code 3121171 and the security code 0892.

**SO ORDERED.**

Date:  August 11, 2020
        New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**