USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/03/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　10-CR-892(VEC)
　　　　　-against-　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　<u>ORDER</u>
JUAN CARLOS FERRERA,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendant.　　　　　　　:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an evidentiary hearing is scheduled for **Tuesday, September 8, 2020 at 10:00 A.M.**;

WHEREAS pursuant to 18 U.S.C. § 3006A(a)(2), Mr. Ferrera is financially eligible, and the interests of justice so require;

IT IS HEREBY ORDERED THAT an interpreter be provided for Mr. Ferrera for the September 8, 2020 evidentiary hearing.

**SO ORDERED.**

Date:　**September 3, 2020**
　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**